IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

RECEIVED
~~FILED~~
RICHARD W. NAGEL
CLERK OF COURT

2021 FEB -2 PM 2:29

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

JOSEPH F. LUCAS
(ENTER ABOVE THE NAME OF THE PLAINTIFF IN THIS ACTION)

IF THE PLAINTIFF IS A PRISONER: PRISONER #A631-763

vs.

STEVE MNUCHIN
(ENTER ABOVE THE NAME OF THE DEFENDANT IN THIS ACTION)

IF THERE ARE ADDITIONAL DEFENDANTS PLEASE LIST THEM:

2:21 cv 489

Judge Morrison

MAGISTRATE JUDGE DEAVERS

**COMPLAINT**

I. PARTIES TO THE ACTION:

PLAINTIFF: PLACE YOUR NAME AND ADDRESS ON THE LINES BELOW. THE ADDRESS YOU GIVE MUST BE THE ADDRESS THAT THE COURT MAY CONTACT YOU AND MAIL DOCUMENTS TO YOU. A TELEPHONE NUMBER IS REQUIRED.

JOSEPH F. LUCAS
NAME - FULL NAME PLEASE - PRINT

68518 Bannock Rd. S.R. 331, P.O. Box 540
ADDRESS: STREET, CITY, STATE AND ZIP CODE

St. Clairsville, Ohio 43950-0540

N/A
TELEPHONE NUMBER

IF THERE ARE ADDITIONAL PLAINTIFFS IN THIS SUIT, A SEPARATE PIECE OF PAPER SHOULD BE ATTACHED IMMEDIATELY BEHIND THIS PAGE WITH THEIR FULL NAMES, ADDRESSES AND TELEPHONE NUMBERS. IF NO ADDITIONAL PLAINTIFFS EXIST CONTINUE WITH THIS FORM.

PAGE 2 AND 3 OF THIS FORM DEAL ONLY WITH A PLAINTIFF THAT IS INCARCERATED AT THE TIME OF FILING THIS COMPLAINT.

-1-

IF YOU ARE A PRISONER FILING A CIVIL SUIT THE FOLLOWING INFORMATION IS REQUIRED:

PREVIOUS LAWSUITS:

    A. HAVE YOU BEGUN OTHER LAWSUITS IN STATE OR FEDERAL COURT DEALING WITH THE SAME FACTS INVOLVED IN THIS ACTION OR OTHERWISE RELATING TO YOUR IMPRISONMENT? YES ( ) NO (X)

    B. IF YOUR ANSWER TO A IS YES, DESCRIBE THE LAWSUIT IN THE SPACE BELOW. (IF THERE IS MORE THAN ONE LAWSUIT, DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THE SAME OUTLINE.)

        1. PARTIES TO THIS PREVIOUS LAWSUIT

           PLAINTIFFS:

           DEFENDANTS:

        2. COURT (IF FEDERAL COURT, NAME THE DISTRICT: IF STATE COURT, NAME THE COUNTY)

        3. DOCKET NUMBER

        4. NAME OF THE JUDGE TO WHOM THE CASE WAS ASSIGNED

        5. DISPOSITION (FOR EXAMPLE, WAS THE CASE DISMISSED? WAS IT APPEALED? IS IT STILL PENDING?)

        6. APPROXIMATE DATE OF THE FILING OF THE LAWSUIT

        7. APPROXIMATE DATE OF THE DISPOSITION

PLACE OF PRESENT CONFINEMENT

A. IS THERE A PRISONER GRIEVANCE PROCEDURE IN THIS INSTITUTION? YES (x) NO ( )

B. DID YOU PRESENT THE FACTS RELATING TO YOUR COMPLAINT IN THIS STATE PRISONER GRIEVANCE PROCEDURE? YES ( ) NO (x)

C. IF YOUR ANSWER IS YES:

  1. WHAT STEPS DID YOU TAKE?

  2. WHAT WAS THE RESULT?

D. IF YOUR ANSWER IS NO, EXPLAIN WHY NOT.

  N/A

E. IF THERE IS NO PRISON GRIEVANCE PROCEDURE IN THIS INSTITUTION, DID YOU COMPLAIN TO PRISON AUTHORITIES? YES ( ) NO ( )

F. IF YOUR ANSWER IS YES:

  1. WHAT STEPS DID YOU TAKE?

  2. WHAT WAS THE RESULT?

DEFENDANTS:

PLACE THE NAME AND ADDRESS OF EACH DEFENDANT YOU LISTED IN THE CAPTION ON THE FIRST PAGE OF THIS COMPLAINT. THIS FORM IS INVALID UNLESS EACH DEFENDANT APPEARS WITH FULL ADDRESS FOR PROPER SERVICE.

1. STEVE MNUCHIN
   NAMES - FULL NAME PLEASE

   IRS, 1821 Directors Blvd., Austin, Texas 78744
   ADDRESS - STREET, CITY, STATE AND ZIP CODE

2. 

3. 

4. 

5. 

6. 

IF THERE ARE ADDITIONAL DEFENDANTS, PLEASE CONTINUE LISTING THEM.

## STATEMENT OF CLAIM

PLEASE WRITE AS BRIEFLY AS POSSIBLE THE FACTS OF YOUR CASE. DESCRIBE HOW EACH DEFENDANT IS INVOLVED. INCLUDE THE NAME OF ALL PERSONS INVOLVED. GIVE DATES AND PLACES.

DO NOT GIVE ANY LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES.

IF YOU HAVE A NUMBER OF DIFFERENT CLAIMS; PLEASE NUMBER AND SET FORTH EACH CLAIM IN A SEPARATE PARAGRAPH. USE AS MUCH SPACE AS YOU NEED. YOU ARE NOT LIMITED TO THE PAPERS WE GIVE YOU. ATTACH EXTRA SHEETS THAT DEAL WITH YOUR STATEMENT CLAIM IMMEDIATELY BEHIND THIS PIECE OF PAPER.

On September 24, 2020, a federal court ordered the Defendant to to make an advance refund payment to people who are incarcerated and who submitted their information through a non-filers portal but did not receive one because they were incarcerated. This payment is known as the CARES Act Economic Impact Payment. However, prior to the court's ruling the court had ruled in another case that the CARES Act Economic Impact Payment is exempt from garnishment. United States v. Gonzales, 2020 U.S. Dist. LEXIS 153396. Also, the CARES Act Economic Impact Payment is protected from attachment, garnishment or execution under Ohio Revised Code 2329.66. See Appx. A.

Nonetheless, I received a notice from the IRS/U.S. Dep't of Treasury, of which the Defendant is the policymaker thereof, notifying me, the "Plaintiff, of EIP having been sent the the county childrens services for the debt that I owe. See Appx. B. The economic suffering that has resulted from the Coronavirus Pandemic is spelled out in the name of the payment "Coronavirus Aid, Relief, and Economic Security Act" ("CARES Act," "Act"). Therefore, Defendant knew or reasonably should have known of Plaintiff's suffering. Therefore, it was with deliberate indifference to Plaintiff's suffering that Defendant deprived Plaintiff of EIP by diverting the payment to the county childrens services agency in violation of a federal mandate and in violation of Ohio Revised Code 2329.66 and in violation of the U,S. Constitution's Eighth Amendment prohibition against cruel and unusual punishment.

## RELIEF

IN THIS SECTION PLEASE STATE (WRITE) BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT, CITE NO CASES OR STATUTES.

INJURY: As a direct result of Defendant's actions having diverted Plaintiff's EIP check to a county childrens service agency Plaintiff's economic suffering for which the EIP was intended to relieve is prolonged.

RELIEF SOUGHT:

1) Damages: reimbursement of the $1200 Economic Impact Payment
2) Punitive Damages: $50 a day from the date of Defendant's divertment of Plaintiff's EIP to the county childrens service agency by which Defendant prolonged Plaintiff's economic suffering
3) Compensatory Damges: reimbursement of the cost of this action

Complaint against Defendant: Steve Mnuchin

SIGNED THIS 19TH DAY OF JANUARY 2021.

SIGNATURE OF PLAINTIFF

-6-

APPENDIX A

# DAVE YOST
OHIO ATTORNEY GENERAL

## NOTICE OF APPLICAPBILITY OF STATE LAW EXEMPTION
## TO PAYMENTS UNDER THE FEDERAL CARES ACT

Congress authorized certain payments to most Americans under the Coronavirus Aid, Relief and Economic Security Act, H.R. 748, commonly known as the CARES Act. As Attorney General of Ohio, this is to provide notice to creditors and financial institutions that these payments are exempt from attachment, garnishment or execution under existing Ohio law.

The U.S. Labor Department reported 6.6 million new unemployment claims last week, bringing the three-week coronavirus total to 17 million. This is in addition to increasing reports of furloughs and small business closings in Ohio and across the nation.

The Emergency Orders in Ohio are likely to remain in effect for some weeks. This coupled with the millions more who likely will become unemployed as the economy continues to slow due to the health emergency and the orders responding to, it is burdensome to those impacted.

The payments under the CARES Act are in the nature of emergency support, designed to support basic needs of tens of millions of Americans. This is why debts owed to the Federal and State governments are not being withheld from the payments. Although there is no explicit exemption for CARES Act payments under federal law, Ohio law protects them.

State law sets out a list of exemptions from attachment, garnishment or execution. Ohio Revised Code §2329.66(A)(12)(d) applies to payments under the CARES Act:

\* \* \* A payment in compensation for loss of future earnings of the person or an individual of whom the person is or was a dependent, to the extent reasonably necessary for the support of the debtor and any of the debtor's dependents. \* \* \*

In the event of an execution against a CARES Act payment, the State of Ohio reserves the option of seeking intervention to enforce the state law exemption.

Some initial CARES Act payments may have arrived in accounts Friday. The State does not intend to intervene in the unlikely event that an execution was accomplished simultaneously.

April 13, 2020

*Dave Yost*

DAVE YOST
Ohio Attorney General

APPENDIX B

U.S. Department of the Treasury
Bureau of the Fiscal Service
P.O. Box 1686
Birmingham, AL 35201-1686

000920



## PLEASE RETAIN FOR YOUR RECORDS

11/16/20

JOSEPH F LUCAS
68518 BANNOCK RD
ST CLAIRSVLE, OH 43950-9736

### What Happened to My Payment?

The U.S. Department of the Treasury, Bureau of the Fiscal Service (Fiscal Service), applied all or part of your payment to delinquent debt that you owe. This action is authorized by federal law. Below is your payment information:

Payment From: Internal Revenue Service
Payee Name: JOSEPH F LUCAS
Original Payment: $1200.00

Payment Date: 11/16/20
Payment Type: CHECK

### Who Do I Owe?

We applied your payment to debt that you owe to the following agency:

CUYAHOGA COUNTY CSEA
1640 SUPERIOR AVE. EAST
P.O. BOX 93318
CLEVELAND, OH 44101-5318

TOP Trace Number: 179569654
Account#: 00000000004707232
Applied to This Debt: $1200.00
Type of Debt: Child Support

(216) 443-5100

Please see additional pages for other debts, if any.

### What Should I Do Now?

If you agree that you owe the debt, you do not need to do anything. Your debt balance has been reduced. If you believe that your payment was applied in error, you would like to resolve your debt, or you have questions about your debt or outstanding balance, contact the agency listed under **Who Do I Owe.** Please have this notice available when you contact the agency.

Only an agency listed under **Who Do I Owe** has information about your debt. Before sending a debt to Fiscal Service, an agency must send notice to you at the address in its records. The notice explains the amount and type of debt you owe, the rights available to you, and the agency's intention to collect the debt by applying eligible federal payments made to you.

For questions about your debt, please call the agency listed under **Who Do I Owe.** If you have questions about the Treasury Offset Program, please visit our website at www.fiscal.treasury.gov/TOP or call 1-800-304-3107.

FOR OFFICIAL USE ONLY: RL112916
0000000896 1795696548660361050006908551ALTR-P01JOSE000647

