AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| JOSEPH F. LUCAS,<br>*Plaintiff*<br>v.<br>STEVE MNUCHIN,<br>*Defendant* | )<br>)<br>)  Civil Action No. 2:21-cv-489<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the **defendant** *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ **the plaintiff recover nothing**, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ **other:** The Court hereby overrules Plaintiff's objection and adopts and affirms the Magistrate Judge's Report and Recommendation. Plaintiff's Complaint is dismissed and this case is terminated.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

Date: 7/1/2021

CLERK OF COURT

*Theresa J. B_____*
Signature of Clerk or Deputy Clerk